Official Form 3 (12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Fred L Potter  
Debtor(s)

Case No. _____  
Chapter  13

# APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 194.00 in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 50.00  Check one  ■ With the filing of the petition, or
                      ☐ On or before _____

   $ 50.00  on or before  2/28/05

   $ 50.00  on or before  3/30/05

   $ 44.00  on or before  4/29/05

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  1/28/05

Signature  _/s/ Fred L Potter_  
Fred L Potter  
Debtor

Attorney for Debtor(s)  
David S. Yen  
Legal Assistance Foundation of Metropolitan Chicago  
111 W. Jackson Blvd, 3rd Floor  
Chicago, IL 60604  
312-341-1070  
Fax: 312-341-1041

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date _____  _____  
*UNITED STATES BANKRUPTCY JUDGE*